[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 25, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-13970
Non-Argument Calendar

_____

D. C. Docket No. 05-20028-CR-FAM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KATHERINE BEATRIZ NAVARRO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(October 25, 2006)**

Before BIRCH, CARNES and MARCUS, Circuit Judges.

PER CURIAM:

Robin J. Farnsworth, appointed counsel for Katherine Beatriz Navarro in

this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Navarro's conviction and resulting sentence are **AFFIRMED**.